# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 0560 | F5360909 | Lana Mercer | 2522 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 10/27/2023 1932 | 36 CFR 261.8a |

Place of Offense: CR 14 near Woods hollow Rd

Offense Description: Factual Basis for Charge — HAZMAT ☐

Hunting without a license

### DEFENDANT INFORMATION

Last Name: Branoni
First Name: Michael
MI: M

APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court.

APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ 150.00 Forfeiture Amount
+ $30 Processing Fee
$ 180.00 Total Collateral Due

YOUR COURT DATE

*F5360909*
FS-5300-4 (1/2021)

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle; CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident.